| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) CABELL, DONALD L. | 2. Court or Organization U.S. District Court, Massachusetts | 3. Date of Report 10/30/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge - Full-time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CABELL, DONALD L. | 10/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01-12/2017 | Harvard Pilgrim Healthcare Institute - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 04/01/2017 | New York, New York | Annual Judicial Reception | Transportation, Meals, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CABELL, DONALD L. | 10/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Federal Direct Student Loan | Student Loan for | J |
| 2. | Direct Parent Loan | Student Loan for | K |
| 3. | MEFA | Student Loan for | J |
| 4. | MEFA | Student Loan for | K |
| 5. | American Express | Credit Card | J |
| 6. | Hanscom Federal Credit Union | Credit Card | J |
| 7. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CABELL, DONALD L. | 10/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA - Fidelity Cash Reserves (FDRXX) | A | Int./Div. | J | T | | | | | |
| 2. 401(k) - FIdelity HPHC (H) | | Int./Div. | | T | | | | | |
| 3. -AM Cent Eq Inc Inst | D | Int./Div. | K | T | | | | | |
| 4. - FID 500 Index Inst | D | Int./Div. | K | T | | | | | |
| 5. -FID Contrafund | D | Int./Div. | K | T | | | | | |
| 6. -FID Freedom K 2025 | D | Int./Div. | K | T | | | | | |
| 7. ▨ 403(b) - Fidelity Lahey Clinic | | Int./Div. | | T | | | | | |
| 8. -FID Freedom 2020 K | E | Int./Div. | N | T | | | | | |
| 9. Rockland Trust - Checking Account | C | Int./Div. | K | T | | | | | |
| 10. Rockland Trust - Checking Account | B | Int./Div. | J | T | | | | | |
| 11. Metro Credit Union - ▨ Savings Account | C | Int./Div. | J | T | | | | | |
| 12. Fidelity Investments MEFA 529 Education Account - MA College Port. | B | Interest | J | T | | | | | |
| 13. Fidelity Investments MEFA 529 Education Account - MA Port. 2021 | B | Interest | J | T | | | | | |
| 14. Fidelity Investments MEFA 529 Education Account - MA Port. 2015 | B | Interest | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CABELL, DONALD L. | 10/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the letter sent to me dated September 30, 2019, the committee notes that I listed in Part VII line 6 of my prior 2016 report an asset -- LD ABT Fndmntl Eq I -- that is not listed as an asset in my 2017 report. The letter asks me to indicate whether the asset is no longer reportable or was sold, and to list it if neither of those applies. I listed that asset in my 2016 report because it was included as one of a number of funds comprising one of [ ] retirement accounts. In that regard, Fidelity provides online information regarding her retirement accounts and education accounts, and we rely on that information each year in completing the form. For reasons not clear to me, that asset was not listed in the information we received for 2017. I can report that we do not actively direct any portion of the accounts and thus did not sell the asset, and I did not have a non-reportable event such as a divorce or separation. Fidelity's site does not allow for inquiries beyond 24 months so I presently do not have any additional information regarding this asset.

Finally, to the extent it is helpful for you to know, I will going forward enlist a financial professional to assist me in completing the disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DONALD L. CABELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544